THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent
v.
Jermaine Mayweathers, Appellant.
 
 
 

Appeal From Florence County
Ralph K. Anderson, III, Special Circuit
 Court Judge

Unpublished Opinion No. 2011-UP-549
Submitted December 1, 2011  Filed
 December 9, 2011   

AFFIRMED

 
 
 
Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
Attorney General Alan Wilson, Chief Deputy Attorney General John W.
 McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney
 General David Spencer, all of Columbia; and Solicitor E.L. Clements, III, of
 Florence, for Respondent.
 
 
 

PER
 CURIAM: Jermaine Mayweathers appeals his transfer from family
 court to the circuit court to be tried for homicide by child abuse, arguing the
 family court abused its discretion in waiving jurisdiction when Mayweathers had
 no serious prior criminal record and was an excellent rehabilitation candidate
 who posed no threat to the public.  We affirm pursuant to Rule 220(b)(1),
 SCACR, and the following authorities: State v. Pittman, 373 S.C. 527, 559-60,
 647 S.E.2d 144, 160-61 (2007) (holding the decision whether to transfer a
 child to circuit court is within the discretion of the family court and will
 only be error where the order is "wholly unsupported by the record"); id. (providing eight factors to analyze the transfer of a child to adult
 criminal courts).
AFFIRMED.
FEW, C.J., THOMAS and
 KONDUROS, JJ., concur.